# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

05-798

TO: *David Cubbage* SBI#: *271683*

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: *February 28, 2005*

FILED
NOV 17 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of *August 1, 2004* to *January 31, 2005*.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Aug | 9.75 |
| Sept | 11.55 |
| Oct | 7.10 |
| Nov | 6.63 |
| Dec | 18.04 |
| Jan | 10.14 |

Average daily balances/6 months: 10.04

Attachments
CC: File

*Stacy Shane*
2/28/05

*Notary public*
3/2/05

# Individual Statement

**From 8/1/2004 To 8/31/2004**

NAME  Cubbage, Jarid
ACCOUNT ID  00271683
DORM  W1

COMMENTS:

| TRANSACTION | DEPOSIT (OR WITHDRAWAL) AMOUNT | RECEIPT | PAY TO | |
|---|---|---|---|---|
| **Transactions For: 08/02/2004** | | | | |
| Mis Wage - 1099 | $3.00 | | 07/05/04 Activities | |
| | | | Balance As Of: 8/2/2004 | $18.31 |
| **Transactions For: 08/03/2004** | | | | |
| Visit | $20.00 | 27133 | S Cubbage | 3831 |
| **Transactions For: 08/05/2004** | | | | |
| Canteen | ($20.88) | | | |
| | | | Balance As Of: 8/5/2004 | $17.43 |
| **Transactions For: 08/12/2004** | | | | |
| Canteen | ($12.70) | | | |
| | | | Balance As Of: 8/12/2004 | $4.73 |
| **Transactions For: 08/19/2004** | | | | |
| Canteen | ($3.82) | | | |
| | | | Balance As Of: 8/19/2004 | $0.91 |
| **Transactions For: 08/23/2004** | | | | |
| Visit | $10.00 | 27690 | E. Cubbage | |
| | | | Balance As Of: 8/23/2004 | $10.91 |
| **Transactions For: 08/26/2004** | | | | |
| Canteen | ($10.80) | | | |
| | | | Balance As Of: 8/26/2004 | $0.11 |

# Individual Statement

## For Month of September 2004

Date Printed: 2/24/2005    Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.11 |
|---|---|---|---|---|---|---|
| 00271683 | Cubbage | Jarid | | | | |
| Current Location: | W1 | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 9/3/2004 | $20.00 | $0.00 | $0.00 | $20.11 | 5297 | | | S CUBBAGE |
| Canteen | 9/9/2004 | ($18.23) | $0.00 | $0.00 | $1.88 | 7587 | 31645 | | |
| Visit | 9/24/2004 | $20.00 | $0.00 | $0.00 | $21.88 | 12699 | | | S CUBBAGE |
| Medical | 9/27/2004 | $0.00 | ($6.00) | $0.00 | $21.88 | 12929 | 114723081-28635 | | 09/08/04 |
| Visit | 9/27/2004 | $25.00 | $0.00 | $0.00 | $46.88 | 13271 | | | E CUBBAGE |
| Medical | 9/28/2004 | ($6.00) | $0.00 | $0.00 | $40.88 | 13868 | 3133919652-28664 | | 09/08/04 |
| Canteen | 9/30/2004 | ($37.66) | $0.00 | $0.00 | $3.22 | 14685 | | | |

Ending Mth Balance: $3.22

# Individual Statement

Date Printed: 2/24/2005

Page 1 of 1

## For Month of October 2004

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $3.22 |
|---|---|---|---|---|---|---|
| 00271683 | Cubbage | Jarid | | | | |
| Current Location: | W1 | | | | | |

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 10/7/2004 | ($3.20) | $0.00 | $0.00 | $0.02 | 17955 | | | |
| Mail | 10/18/2004 | $10.00 | $0.00 | $0.00 | $10.02 | 21618 | 117221652-37600 | | S CUBBAGE |
| Visit | 10/27/2004 | $20.00 | $0.00 | $0.00 | $30.02 | 25537 | 4538413426-32907 | | E CUBBAGE |
| Canteen | 10/28/2004 | ($9.90) | $0.00 | $0.00 | $20.12 | 25954 | | | |

Ending Mth Balance: $20.12

# Individual Statement

## For Month of November 2004

Date Printed: 2/24/2005  
Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | | | |
|---|---|---|---|---|---|---|---|---|
| 00271683 | Cubbage | Jarid | | | $20.12 | | | |

Current Location: W1

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 11/5/2004 | ($20.02) | $0.00 | $0.00 | $0.10 | 29265 | | | |
| Visit | 11/9/2004 | $10.00 | $0.00 | $0.00 | $10.10 | 30519 | 1172063B8-36384 | | S CUBBAGE |
| Canteen | 11/18/2004 | ($9.56) | $0.00 | $0.00 | $0.54 | 33743 | | | |
| Mail | 11/29/2004 | $10.00 | $0.00 | $0.00 | $10.54 | 36971 | 120529197-1209 | | S CUBBAGE |

Ending Mth Balance: $10.54

# Individual Statement

Date Printed: 2/24/2005    Page 1 of 1

## For Month of December 2004

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | |
|---|---|---|---|---|---|---|
| 00271683 | Cubbage | Jarid | | | $10.54 | |
| Current Location: | W1 | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 12/2/2004 | ($10.53) | $0.00 | $0.00 | $0.01 | 39123 | | | |
| Mail | 12/8/2004 | $15.00 | $0.00 | $0.00 | $15.01 | 41686 | 116932941-222 | | S CUBBAGE |
| Canteen | 12/15/2004 | ($20.00) | $0.00 | $0.00 | ($4.99) | 44119 | 4547870522-19736 | POSTING ERROR | E CUBBAGE |
| Canteen | 12/15/2004 | $20.00 | $0.00 | $0.00 | $15.01 | 44144 | | | |
| Mail | 12/15/2004 | $20.00 | $0.00 | $0.00 | $35.01 | 44169 | 4547870522-19736 | | E CUBBAGE |
| Canteen | 12/16/2004 | ($15.01) | $0.00 | $0.00 | $20.00 | 45007 | | | |
| Canteen | 12/23/2004 | ($19.37) | $0.00 | $0.00 | $0.63 | 47604 | | | |
| Visit | 12/23/2004 | $30.00 | $0.00 | $0.00 | $30.63 | 47986 | 120533499-18982 | | S CUBBAGE |
| Visit | 12/28/2004 | $20.00 | $0.00 | $0.00 | $50.63 | 48719 | 46047/0367-14136 | | E BURBAGE |
| Canteen | 12/30/2004 | ($34.19) | $0.00 | $0.00 | $16.44 | 50111 | | | |

Ending Mth Balance: $16.44

# Individual Statement

## For Month of January 2005

Date Printed: 2/24/2005    Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $16.44 |
|---|---|---|---|---|---|---|
| 00271683 | Cubbage | Jarid | | | | |
| Current Location: | W1 | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Wage-1099 | 1/3/2005 | $1.44 | $0.00 | $0.00 | $17.88 | 50668 | | | |
| Canteen | 1/6/2005 | ($5.20) | $0.00 | $0.00 | $12.68 | 53507 | | | |
| Canteen | 1/13/2005 | ($8.66) | $0.00 | $0.00 | $4.02 | 56257 | | | |
| Pay-To | 1/14/2005 | ($3.00) | $0.00 | $0.00 | $1.02 | 56995 | | MASJID MUHAMMAD | |
| Visit | 1/18/2005 | $10.00 | $0.00 | $0.00 | $11.02 | 57483 | 0382652109-14807 | | E CUBBAGE |
| Visit | 1/20/2005 | $15.00 | $0.00 | $0.00 | $26.02 | 58565 | 120537081-14934 | | S CUBBAGE |
| Canteen | 1/20/2005 | ($10.81) | $0.00 | $0.00 | $15.21 | 58873 | | | |
| Canteen | 1/27/2005 | ($14.72) | $0.00 | $0.00 | $0.49 | 61598 | | W-E CREW -11/24-12/ | |

Ending Mth Balance: $0.49