11 (a) (5) Grounds raised:

1. The defendant's Due Process of Law was violated when the defense was misled into proceeding into trial unprepared because of non-disclosure

2. The defendant's Right to Confrontation was violated when the Trial Judge abused its discretion and limited the cross-examination of a Codefendant

3. The defendant's Due Process of Law was violated when the State submitted false and prejudicial evidence to gain a conviction

4. The defendant's Due Process of Law was violated when the State solicited false testimony from the Chief investigating officer

5. The defendant's Due Process of Law was violated due to prosecutor misconduct of impermissible cross-examination on defendant's post-arrest silence

6. Ineffective assistance of Counsel: Defense attorney failed to prepare for trial

7. Ineffective assistance of Counsel: Defense attorney failed to obtain criminal record of a Codefendant

8. Ineffective assistance of Counsel: Defense attorney failed to impeach Detective Hudson's trial testimony

9. Ineffective assistance of Counsel: Defense attorney failed to raise issue of prosecutor's failure to disclose statements under Rule 16 on direct appeal

Attachment "A"