Docket or case number (if you know): O202007080

Date of the court's decision: April 13, 2005

Result (attach a copy of the court's opinion or order, if available): Conviction and Sentence affirmed

(3) Did you receive a hearing on your motion or petition?

Yes ☐    No ☒

(4) Did you appeal from the denial of your motion or petition?

Yes ☒    No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☒    No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Supreme Court of Delaware    Dover, De. 19901

Docket or case number (if you know): Cubbage v. State, 168, 2005

Date of the court's decision: September 20, 2005

Result (attach a copy of the court's opinion or order, if available): Conviction and Sentence affirmed

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: N/A

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Five: N/A

GROUND SIX: Ineffective assistance of counsel: Defense attorney failed to obtain criminal record of a codefendant

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Mr. Brady failed to investigate and prepare for trial by failing to obtain Wilson's criminal record which has a conviction for Shoplifting and could have impeached Wilson's trial testimony

Attachment "C"