___

___

___

(b) If you did not exhaust your state remedies on Ground Six, explain why: N/A

___

___

___

(c) Direct Appeal of Ground Six

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑   No ☒

(2) If you did not raise this issue in your direct appeal, explain why: Ineffective assistance of Counsel cannot be raised on direct appeal

___

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ☒   No ❑

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Post Conviction Motion

Name and location of the court where the motion or petition was filed: Superior Court of the State of Delaware, Sussex County, Georgetown, De. 19947

Docket or case number (if you know): 0202007050

Date of the court's decision: April 13, 2005

Result (attach a copy of the court's opinion or order, if available): Conviction and Sentence Affirmed

___

(3) Did you receive a hearing on your motion or petition?

Yes ❑   No ☒

(4) Did you appeal from the denial of your motion or petition?

Yes ☒   No ❑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☒   No ❑

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Supreme Court of Delaware, Dover, De. 19901

Attachment "D"