Docket or case number (if you know): _Cubbage v. State, 165, 2005_
Date of the court's decision: _September 20, 2005_
Result (attach a copy of the court's opinion or order, if available): _Conviction and Sentence affirmed_

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _N/A_

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Six: _N/A_

GROUND Seven: _Ineffective assistance of Counsel: Defense attorney failed to impeach Detective Hudson's trial testimony_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _Mr. Brady failed to impeach Detective Hudson's trial testimony that the bag of items were evidence with his prior preliminary hearing testimony that the only evidence he had against the defendant, as far as physical or identification evidence, was the statements of the codefendants._

(b) If you did not exhaust your state remedies on Ground Seven explain why: _N/A_

(c) Direct Appeal of Ground Seven
  (1) If you appealed from the judgment of conviction, did you raise this issue?
    Yes ☐ No ☒
  (2) If you did not raise this issue in your direct appeal, explain why: _Ineffective assistance of Counsel cannot be raised on direct appeal_

Attachment "E"