(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
Yes ☒  No ☐

(6) If your answer to Question (d)(4) is "Yes," state:
Name and location of the court where the appeal was filed: Supreme Court of Delaware Dover, De. 19901
Docket or case number (if you know): Cubbage v. State, 168, 2005
Date of the court's decision: September 20, 2005
Result (attach a copy of the court's opinion or order, if available): Conviction and Sentence Affirmed

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: N/A

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground eight
N/A

Attachment "H"