Therefore, petitioner asks that the Court grant the following relief:

1. Order an evidentiary hearing and appoint Counsel for the petitioner;

2. Grant the writ of habeas corpus, reverse Petitioner's conviction, and order a new trial;

3. Petitioner reserves the right to amend/supplement this motion with a memorandum of law; and

4. Grant all other appropriate relief

Attachment "I"