## Certificate of Service

I, __Jarid Cubbage__, hereby certify that I have served a true    05-798

and correct cop(ies) of the attached: __Petition for Relief from a Conviction or Sentence By a Person in State Custody__ upon the following

parties/person (s):

TO: __Clerk U.S. District Court__      TO: __James Adkins__

__Lockbox 18__      __Deputy Attorney General__

__844 N. King St.__      __Department of Justice__

__Wilmington, De. 19801__      __114 E. Market St__

      __Georgetown, De. 19947__

TO: _____      TO: _____

BY PLACING SAME IN A SEALED ENVELOPE and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977, postage to be paid by the Dept. Of Corrections.

On this __10__ day of __November 2005__, 200__5__

_[signature: Jarid L Cubbage]_

FILED
NOV 22 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE