11-15-05

To Whom It May Concern:            05-798

I'm writing to make you aware that I have a total of eight Claims. Claims five through eight are part of Attachment "B" through "H". I will be filing my Memorandum of law before the month is over. Thank you for your time.



Thank-you
Jarid Cubbage

Jarid Cubbage
271683
1181 Paddock Rd.
D.C.C.
Smyrna, De. 19