11-10-05

To Whom It May Concern:        05-798

I had sealed the envelope before I put my Certificate of service in but I have mailed a copy to the AG and I did enclose a Certificate of Service with the motion. Thanks for your time.

Thank-you.

*[signature]*

Jarid Cubbage
271683
D.C.C.
1181 Paddock Rd
Smyrna, De. 19977

FILED
NOV 22 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE