12-22-05

To Clerk of District Court:

Enclosed is my original Memorandum of Law plus three copies, AEDPA Election form and a Petition for Relief Form. There are a few errors in the original which I had to use correction tape. (See pg. 38 of original copy) Also page 18 of the original copy is a photo copy but the original page 18 is attached to the letter. Could you send me a Docket Sheet when you receive this package? Thank-you for your time and patient.

Thank-you

*[signature]*
271683
Pro-Se
1:05-cv-798 GMS
D.C.C.
1181 Paddock Rd.
Smyrna, De. 19977



FILED
JAN - 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE