CA 05-798 GMS

