CA05-798 GMS



FILED

JAN 12  3 33 PM '...

DISTRICT OF DELAWARE

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 4 20 |
| Certified Fee | | 2 40 |
| Return Receipt Fee (Endorsement Required) | | 185 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 8 45 |

Postmark Here

05-798

GMS

Sent To  WARDEN TOM CARROLL
DELAWARE CORRECTIONAL CENTER
Street, Apt. No. 181 PADDOCK RD.
or PO Box No.
City, State, ZIP+4 SMYRNA, DE 19977

PS Form 3800, June 2002                     See Reverse for Instructions

7005 1820 0004 3173 3697