## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JARID L. CUBBAGE, | : |
| Petitioner, | : |
| v. | : Civ. Act. No. 05-798-GMS |
| THOMAS CARROLL, Warden, | : |
| CARL C. DANBERG, | : |
| Attorney General of the State of Delaware, | : |
| Respondents. | : |

### MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, the respondents move for an extension of time in which to file an answer to the petition. In support thereof, the respondents state the following:

1. The petitioner, Jarid L. Cubbage, has applied for federal habeas relief challenging a conviction following a jury trial in the Delaware Superior Court of first degree robbery and related charges. (D.I. 2). Cubbage was sentenced to eight years in prison followed by decreasing levels of probation. The conviction and sentence were affirmed on direct appeal. *Cubbage v. State*, No. 5, 2003, 2003 WL 21488129 (Del. June 25, 2003). The Superior Court denied Cubbage's ensuing motion for post-conviction relief, and that decision was affirmed on appeal. *Cubbage v. State*, No. 168, 2005, 2005 WL 2319114 (Del. Sept. 20, 2005). The answer is presently due on March 31, 2006.

2. Due to case load and various other matters, undersigned counsel needs additional time to prepare and file an answer to the petition. Since receiving an extension

from the Court, counsel has filed, in addition to other matters, a memorandum in a first degree murder case pending post-conviction review in the Superior Court and three federal habeas answers in other cases. Counsel still has no assistance from any support staff because the secretary to the Appeals Division is on an extended medical leave from December 2005 until the first week of April 2006. Because of work load, and the fact that the Appeals Division is also short two prosecutors, counsel thus requests the additional time to prepare the answer in this case.

     3.     Under Habeas Rule 4, the Court has the discretion to give respondents an extension of time exceeding the 40-day limit in Civil Rule 81(a)(2). *Clutchette v. Rushen*, 770 F.2d 1469, 1473-74 & n.4 (9th Cir. 1985); *Kramer v. Jenkins*, 108 F.R.D. 429, 431-32 (N.D. Ill. 1985). The comment to Rule 4 expressly states that the district court has "the discretion to take into account various factors such as the respondent's workload" in determining the period of time that should be allowed to answer the petition.

     4.     This is the respondents' second request for an extension of time in this case. The requested extension will not result in any prejudice to the petitioner.

     5.     In light of the above, the respondents submit that a four-week extension of time to and including April 28, 2006 is reasonable.

/s/
Thomas E. Brown (ID# 3278)
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE  19801
(302) 577-8500
e-mail: *ThomasE.Brown@state.de.us*

Date: March 30, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JARID L. CUBBAGE**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 05-798-GMS |
| | : | |
| **THOMAS CARROLL**, Warden, | : | |
| **CARL C. DANBERG**, | : | |
| Attorney General of the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

O R D E R

This _____ day of _____, 2006,

WHEREAS, respondents having requested an extension of time in which to file an answer to the petition for a writ of habeas corpus, and

WHEREAS, it appearing to the Court that the request is timely and good cause has been shown for the extension,

IT IS HEREBY ORDERED that respondents' answer shall be filed on or before April 28, 2006.

_____
United States District Judge

CERTIFICATE

I hereby certify that I have neither sought nor obtained the consent of the petitioner, who is incarcerated and appearing *pro se*, to the subject matter of this motion.

                                        /s/
                                        Thomas E. Brown
                                        Deputy Attorney General
                                        Del. Dept. of Justice

                                        Counsel for Respondents

Date: March 30, 2006

## CERTIFICATE OF SERVICE

The undersigned, being a member of the Bar of this Court, hereby certifies that on March 30, 2006 he caused to be electronically filed a Motion for Extension of Time with the Clerk of the Court using CM/ECF.  I hereby certify that I have also caused to be mailed by first class U.S. Mail two copies of the document to the following non-registered participant, the petitioner:

    Jarid L. Cubbage (No. 00271683)
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, De 19977.

    /s/
    Thomas E. Brown
    Deputy Attorney General
    Del. Dept. of Justice

    Counsel for Respondents

Date: March 30, 2006