## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JARID L. CUBBAGE**, | : |
| Petitioner, | : |
| v. | : Civ. Act. No. 05-798-GMS |
| **THOMAS CARROLL**, Warden, | : |
| **CARL C. DANBERG**, | : |
| Attorney General of the State of Delaware, | : |
| Respondents. | : |

## NOTICE OF FILING OF STATE COURT RECORDS

1. Respondents file herewith certified copies of the following Delaware Supreme Court documents in *Jarid Cubbage v. State of Delaware*, No. 168, 2005:

   a. the appellant's opening brief and appendix;

   b. the State's motion to affirm;

   c. the motion for leave to reply to motion to affirm dated August 3, 2005;

   d. the response to motion for leave to reply to motion to affirm filed August 23, 2005;

   e. and the Court's order dated September 20, 2005.

2. Respondents file herewith certified copies of the following Delaware Supreme Court documents in *Jarid L. Cubbage v. State of Delaware*, No. 5, 2003:

   a. the appellant's opening brief and appendix;

   b. the State's answering brief and appendix;

   c. and the Court's order dated June 25, 2003.

/s/
Thomas E. Brown (ID# 3278)
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
Date: May 24, 2006                        (302) 577-8500

## CERTIFICATE OF SERVICE

The undersigned, being a member of the Bar of this Court, hereby certifies that on May 24, 2006 he caused to be electronically filed a Notice of Filing of Certified State Court Records with the Clerk of the Court using CM/ECF and caused to be hand delivered paper copies of the records listed therein with the Clerk's Office.  I hereby certify that on May 24, 2006  I have also caused to be mailed by first class U.S. Mail two copies of the document (and the records listed therein) to the following non-registered participant, the petitioner:

>Jarid L. Cubbage (No. 00271683)
>Delaware Correctional Center
>1181 Paddock Road
>Smyrna, De 19977.

>/s/
>Thomas E. Brown (ID# 3278)
>Deputy Attorney General
>Del. Dept. of Justice

>Counsel for Respondents

Date: May 24, 2006