IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

JARID L. CUBBAGE,
    Petitioner,

v.

THOMAS CARROLL,
    Warden,

CARL C. DANBERG,
    Attorney General of the State of Delaware
    Respondents,

Civ. Act. No. 05-798-GMS

## MOTION FOR EXTENSION OF TIME

Plaintiff, pro-se, Jarid Cubbage, hereby moves this Honorable Court pursuant to Federal Rules of Civil Procedure 6(b) for an extension of time to prepare and file an reply to Respondents' Answer. Petitioner is an incarcerated inmate at a state institution and has very limited access to the law library for the purpose of research, due to scheduling difficulties.

Respectfully Submitted

Jarid L. Cubbage
Jarid Cubbage
Pro-Se 271683

DATE: June 12, 2006

WHEREFORE, based on the above reasons, Petitioner respectfully prays this Honorable Court to grant his motion and extend the time for filing his reply to the Respondents' Answer to the Order to Reply, August 14, 2006.

*Jarid L Cubbage*
Jarid Cubbage
Pro-Se 271683
D.C.C.
1181 Paddock Rd
Smyrna, De. 19977

DATE: June 12, 2006

The appellant's response is due _____ ___, 2006.
So ORDERED this ___ day of _____, 2006.

_____
United States District Judge

## Certificate of Service

I, __I Jarid Cubbage__, hereby certify that I have served a true And correct cop(ies) of the attached: __Motion For Extension Of Time__ _____ upon the following parties/person (s):

TO: __Thomas Brown__
__Deputy Attorney General__
__Del. Dept. of Justice__
__820 N. French St.__
__Wilmington, De. 19801__

TO: __U.S. District Court__
__Lock box 18__
__844 N. King St,__
__Wilmington, De. 19801__

TO: _____

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this __12th__ day of __June__, 200__6__

