IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JARID L. CUBBAGE,
    Petitioner,

v.

THOMAS CARROLL,
    Warden,

CARL C. DANBERG,
    Attorney General of the State of Delaware
    Respondents,

Civ. Act. No. 05-798-GMS



FILED
AUG 14 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

## MOTION FOR EXTENSION OF TIME

Plaintiff, pro-se, Jarid Cubbage, hereby moves this Honorable Court pursuant to Federal Rules of Civil Procedure 6(b) for an extension of time to prepare and file an reply to Respondents' Answer. Petitioner is an incarcerated inmate at a State institution and has very limited access to the law library for the purpose of research, due to scheduling difficulties.

Respectfully Submitted

*Jarid L. Cubbage*

Jarid L. Cubbage
Pro-Se 271683

DATE: August 8, 2006

Wherefore, based on the above reasons, Petitioner respectfully prays this Honorable Court to grant his motion and extend the time for filing his reply to the Respondents' Answer to the Order to Reply, September 14, 2006.

*Jarid L. Cubbage*
Jarid L. Cubbage
Pro-Se 271683
D.C.C.
1181 Paddock Rd.
Smyrna, De. 19977

DATE: August 8, 2006

The appellant's response is due _____, 2006
So ORDERED this ___ day of _____, 2006.

## Certificate of Service

I, **Jarid L. Cubbage**, hereby certify that I have served a true And correct cop(ies) of the attached: **Motion For Extension Of Time** _____ upon the following parties/person (s):

TO: Thomas Brown
Deputy Attorney General
Del. Dept. of Justice
820 N. French St.
Wilmington, De. 19801

TO: U.S. District Court
Lock box 18
844 N. King St.
Wilmington, De. 19801

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE**, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this **8th** day of **August**, 200**6**

*Jarid L. Cubbage* (signature)

I/M David Cubbage
SBI# 271663  UNIT D 0
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S.
X-RAY

D.S. District Court
Lock Box 18
844 N. King St
Wilmington De, 19801

UNITED STATES POSTAGE
PITNEY BOWES
02 1A
0004608975  $00.58
MAILED FROM ZIP CODE 19977
AUG 11 2006