IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

JARID L. CUBBAGE
    Petitioner,

v.

THOMAS CARROLL,
    Warden,
CARL C. DANBERG,
Attorney General of the State of Delaware,
    Respondents,

Civ. Act. No. 05-798-GMS

## MOTION FOR EXTENSION OF TIME

Plaintiff, pro-se, Jarid Cubbage, hereby moves this Honorable Court pursuant to Federal Rules of Civil Procedure 6(b) for an extension of time to prepare and file an reply to Respondents' Answer. Petitioner is an incarcerated inmate at a State institution and has very limited access to the law library for the purpose of research, due to scheduling difficulties.

Respectfully Submitted,

*Jarid L Cubbage*
Jarid Cubbage
Pro-Se  271683

DATE: September 5, 2006

WHEREFORE, based on the above reasons, Petitioner respectfully prays this Honorable Court to grant his motion and extend the time for filing his reply to the Respondents' Answer to the Order to Reply, October 14, 2006.

*Jarid L Cubbage*
Jarid Cubbage
Pro-Se 271683
D.C.C.
1181 Paddock Rd.
Smyrna, De. 19977

DATE: September 5, 2006

The appellant's response is due ——— ———, 2006
So ORDERED this ——— day of ———, 2006.

_____
UNITED STATES DISTRICT JU[DGE]

## Certificate of Service

I, __Jarid Cubbage__, hereby certify that I have served a true And correct cop(ies) of the attached: __Motion For Extension Of Time__ _____ upon the following parties/person (s):

TO: Thomas Brown
Deputy Attorney General
Del. Dept. of Justice
820 N. French St
Wilmington, De. 19801

TO: U.S. District Court
Lockbox 18
844 N. King St,
Wilmington, De. 19801

TO: _____

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _____ day of _____, 200__

INMATE: David Cubbage
SBI# 271683    UNIT DW
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. District Court
Lockbox 18
844 N. King St.
Wilmington, De. 19801

U.S.M.S. X-RAY