IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JARID L. CUBBAGE, | ) |
|       Petitioner, | ) |
| v. | ) Civil Action No. 05-798-GMS |
| THOMAS CARROLL, Warden, | ) |
|       Respondent. | ) |

**ORDER**

At Wilmington this 29th day of September, 2006;

IT IS ORDERED that:

Petitioner Jarid L. Cubbage's motions for an extension of time to file a reply to the State's answer are GRANTED. (D.I. 21; D.I. 22; D.I. 23.) Cubbage shall file his reply no later than October 30, 2006.

UNITED STATES DISTRICT JUDGE



FILED
SEP 29 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE