NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT

FILED
MAY 8 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

U.S. District Court for the District of Delaware

CIRCUIT COURT
DOCKET NUMBER: _____
(leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

Jarid Cubbage

DISTRICT COURT
DOCKET NUMBER: 05-798-GMS

v.

Perry Phelps, Warden

DISTRICT COURT
JUDGE: Gregory M. Sleet

Notice is hereby given that Jarid Cubbage
(Named Party)

appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [X] Order,
[X] Other (specify) Memorandum Opinion

entered in this action on April 16, 2008
(date)

Dated: April 29, 2008

Jarid L Cubbage, Pro-Se
(Counsel for Appellant-Signature)

_____         _____
(Name of Counsel - Typed)         (Counsel for Appellee)

_____         _____
(Address)                         (Address)

_____         _____
(City, State Zip)                 (City, State Zip)

_____         _____
(Telephone Number)                (Telephone Number)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JARID L. CUBBAGE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civ. A. No. 05-798-GMS |
| ) | |
| PERRY PHELPS, Warden, ) | |
| and JOSEPH J. BIDEN, III, Attorney ) | |
| General of the State of Delaware, ) | |
| ) | |
| Respondents. ) | |

ORDER

For the reasons set forth in the Memorandum Opinion issued this date, IT IS HEREBY

ORDERED that:

1. Petitioner Jarid L. Cubbage's petition for the writ of habeas corpus filed pursuant to 28 U.S.C § 2254 is DISMISSED, and the relief requested therein is DENIED. (D.I. 2; D.I. 8.)

2. The court declines to issue a certificate of appealability for failure to satisfy 28 U.S.C. § 2253(c)(2).

Dated: April 16, 2008

CHIEF, UNITED STATES DISTRICT JUDGE

FILED

APR 16 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Legal Mail

I/M: David Cabbage
SBI# 271683    UNIT DW
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

United States District Court
for the District of Delaware
J Caleb Boggs Building
844 King St Lock Box 18
Wilmington, De. 19801

