CA 05-798 GMS

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: David Cubbage  SBI#: 271683

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: April 30, 2008

FILED
MAY 8 2008
U.S. DISTRICT COURT

---

Attached are copies of your inmate account statement for the months of October 1, 2007 to March 31, 2008.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Oct | 7.11 |
| Nov | 54.75 |
| Dec | 34.32 |
| Jan | 41.17 |
| Feb | 28.70 |
| March | 28.39 |

Average daily balances/6 months: 32.40

Attachments
CC: File

Stacy Shane
4/30/08

Jeanette A Hait

# Individual Statement
## From October 2007 to December 2007

Date Printed: 4/30/2008

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | | | |
|---|---|---|---|---|---|---|---|
| 00271683 | Cubbage | Jarid | | | | Beginning Month Balance: | $5.87 |
| Current Location: | D/W | | Comments: | | | Ending Month Balance: | $11.42 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 10/1/2007 | $48.48 | $0.00 | $0.00 | $54.35 | 493100 | | FS 8/24-9/23/07 | |
| Visit | 10/1/2007 | $25.00 | $0.00 | $0.00 | $79.35 | 493831 | 0667186632-04308 | | E CUBBAGE |
| Canteen | 10/3/2007 | ($25.93) | $0.00 | $0.00 | $53.42 | 495014 | | | |
| Pay-To | 10/3/2007 | ($46.95) | $0.00 | $0.00 | $6.47 | 495446 | | | ATLANTIC BOOKS |
| Pay-To | 10/5/2007 | ($4.00) | $0.00 | $0.00 | $2.47 | 496536 | | | PRISON INDUSTRIE |
| Canteen | 10/24/2007 | ($2.23) | $0.00 | $0.00 | $0.24 | 504764 | | | |
| Misc Wage | 11/1/2007 | $53.56 | $0.00 | $0.00 | $53.80 | 508065 | | FS 9/24-10/23/07 | |
| Canteen | 11/7/2007 | ($30.27) | $0.00 | $0.00 | $23.53 | 510676 | | | |
| Canteen | 11/13/2007 | $30.27 | $0.00 | $0.00 | $53.80 | 512699 | | REFUND | |
| Canteen | 11/14/2007 | ($29.67) | $0.00 | $0.00 | $24.13 | 513856 | | | |
| Mail | 11/21/2007 | $75.00 | $0.00 | $0.00 | $99.13 | 517114 | 125864 | | DEXSTA FCU |
| Canteen | 11/28/2007 | ($11.79) | $0.00 | $0.00 | $87.34 | 518882 | | | |
| Misc Wage | 12/3/2007 | $45.24 | $0.00 | $0.00 | $132.58 | 521620 | | FS 10/24-11/23/07 | |
| Canteen | 12/5/2007 | ($5.76) | $0.00 | $0.00 | $126.82 | 523576 | | | |
| Pay-To | 12/6/2007 | ($100.00) | $0.00 | $0.00 | $26.82 | 524536 | | | JANEL CUBBAGE |
| Canteen | 12/19/2007 | ($15.40) | $0.00 | $0.00 | $11.42 | 529537 | | | |

Ending Month Balance: $11.42

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Legal Hold: $0.00
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: $0.00

Date Printed: 4/30/2008

# Individual Statement
## From January 2008 to March 2008

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00271683 | Cubbage | Jarid | | | Beginning Month Balance: | $11.42 |
| Current Location: | D/W | | Comments: | | Ending Month Balance: | $18.45 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 1/2/2008 | $41.34 | $0.00 | $0.00 | $52.76 | 534436 | | | |
| Canteen | 1/2/2008 | ($10.16) | $0.00 | $0.00 | $42.60 | 536117 | | FOOD SERVICE 11/2 | |
| Visit | 1/14/2008 | $25.00 | $0.00 | $0.00 | $67.60 | 542128 | 0675184401-09654 | | E CUBBAGE |
| Pay-To | 1/16/2008 | ($30.00) | $0.00 | $0.00 | $37.60 | 543699 | | DEXSTA FCU | |
| Visit | 1/28/2008 | $20.00 | $0.00 | $0.00 | $57.60 | 547280 | 0675185391-10012 | | E CUBBAGE |
| Canteen | 1/30/2008 | ($31.59) | $0.00 | $0.00 | $26.01 | 548933 | | | |
| Misc Wage | 2/1/2008 | $21.32 | $0.00 | $0.00 | $47.33 | 549564 | | 12/24-1/23/08 FOOD | |
| Misc Wage | 2/1/2008 | $12.24 | $0.00 | $0.00 | $59.57 | 549565 | | 12/24-1/23/08 FOOD | |
| Supplies-MailPosta | 2/5/2008 | $0.00 | $0.00 | ($3.00) | $59.57 | 552222 | | 1/7/08 | |
| Pay-To | 2/7/2008 | ($50.00) | $0.00 | $0.00 | $9.57 | 553090 | | DEXSTA FCU | |
| Supplies-MailPosta | 2/8/2008 | ($3.00) | $0.00 | $0.00 | $6.57 | 554216 | | 1/7/08 | |
| Visit | 2/11/2008 | $25.00 | $0.00 | $0.00 | $31.57 | 554429 | 054362013 | | E CUBBAGE |
| Canteen | 2/13/2008 | ($9.07) | $0.00 | $0.00 | $22.50 | 555886 | | | |
| Misc Wage | 3/3/2008 | $15.12 | $0.00 | $0.00 | $37.62 | 563620 | | 1/24-2/23 FOOD SER | |
| Visit | 3/10/2008 | $25.00 | $0.00 | $0.00 | $62.62 | 567746 | 054362959 | | E CUBBAGE |
| Canteen | 3/12/2008 | ($39.67) | $0.00 | $0.00 | $22.95 | 569056 | | | |
| Canteen | 3/19/2008 | ($5.06) | $0.00 | $0.00 | $17.89 | 572215 | | | |
| Visit | 3/24/2008 | $25.00 | $0.00 | $0.00 | $42.89 | 574020 | 0885460782-02461 | | E CUBBAGE |
| Canteen | 3/26/2008 | ($24.44) | $0.00 | $0.00 | $18.45 | 575624 | | | |

Ending Month Balance: $18.45

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Legal Hold: $0.00
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: $0.00