IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JARID L. CUBBAGE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-798-GMS |
| | ) | |
| PERRY PHELPS, Warden, | ) | |
| and JOSEPH R. BIDEN III, | ) | |
| Attorney General of the State | ) | |
| of Delaware, | ) | |
| | ) | |
| Respondents. | ) | |

ORDER

At Wilmington this 19th day of May 2008;

IT IS ORDERED that:

Petitioner Jarid L. Cubbage's motion to proceed *in forma pauperis* is **DENIED** as unnecessary. (D.I. 29.) The court previously granted Cubbage's request to proceed *in forma pauperis* on his § 2254 petition, (D.I. 5.), and his *in forma pauperis* status continues on appeal. See Federal Rule of Appellate Procedure 24(a)(3)("party who was permitted to proceed in forma pauperis in the district-court action . . . may proceed on appeal in forma pauperis without further authorization, unless . . . the district court . . . certifies that the appeal is not taken in good faith").

_____
CHIEF, UNITED STATES DISTRICT JUDGE

FILED

MAY 19 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE