UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
844 King Street
Lockbox 18
Wilmington, Delaware  19801

July 10, 2008

Marcia Waldron, Clerk
United States Court of Appeals
  For the Third Circuit
21400 United States Courthouse
600 Arch Street, Room 4416
Philadelphia, PA 19106-1790

      RE: Cubbage v. Carroll et al
      Civil Action No.05-798 GMS
      USCA No. 08-2398

Dear Ms. Waldron:

  Enclosed please find the State Court Record DI# 26 from the above referenced case.

  Please acknowledge receipt for same on the enclosed duplicate copy of this letter and return to this office.

          Very truly yours,


            /s/ Elizabeth Strickler 
          Deputy Clerk


Enclosures        Sign here  _____